MOSES J. KONNOSON, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued September 28, 1939; decided October 17, 1939.

*Samuel Shapiro* for appellant.

*William C. Chanler,* Corporation Counsel (*Oren Clive Herwitz* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.